UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SEAN JERRICK,

               Plaintiff,

    - against -

POLICE OFFICER JOSEPH OSOLIN, Shield
#28774, Queens South Borough Crime; POLICE
OFFICER CULLINAIN, Queens South Borough
Crime; JOHN DOES 1, 2, and 3, Arresting Police
Officers, NYPD Queens Borough; JUDGE
STEPHANIE ZARO, in her official and private
capacity as Judge, of The New York City Criminal
Court, Queens County; RICHARD A BROWN, in
his official and private capacity as District Attorney
of Queens County; The City of New York; DORA
B. SCHRIROR, in her official and private capacity
as Commissioner of the New York City Department
of Corrections; ROBERT KELLEY, in his official
and private capacity as the New York City Police
Commissioner; ASSEMBLYMAN SCOTT M.
STRINGER, Comptroller of New York City; and
ZACHARY W. CARTER, Corporation Counsel of
New York City,

               Defendants.
-----------------------------------------------------------X

**MEMORANDUM AND ORDER**
15-CV-3110 (RRM) (LB)

ROSLYNN R. MAUSKOPF, United States District Judge.

On May 8, 2015, plaintiff Sean Jerrick filed this *pro se* civil rights action pursuant to 42 U.S.C. § 1983.[1] Jerrick sought leave to proceed *in forma pauperis* ("IFP") pursuant to 28 U.S.C. § 1915, but he left blank all questions on both pages of the IFP application. By Order dated April 15, 2016, the Honorable Lois Bloom directed Jerrick to either submit an amended IFP application

---

[1] The action was transferred to this court from the United States District Court for the Southern District of New York by Order dated May 26, 2015.

1

or pay the $400 filing fee within fourteen (14) days of the date of the Order. (4/15/2016 Order (Doc. No. 6).) Jerrick was warned that if he failed to file an amended IFP application or to pay the filing fee within the time allowed, the instant complaint would be dismissed without prejudice. (*Id.*) More than fourteen days have elapsed, and the Court has not received any response from Jerrick.

Accordingly, Jerrick's motion for leave to proceed *in forma pauperis* is denied (5/08/2015 Motion.) and the complaint is dismissed without prejudice. The Clerk of Court is directed to send Jerrick a copy of both this Order and the Judgment, and note the mailing on the docket.

SO ORDERED.

Dated: Brooklyn, New York
*March 9*, 2017

s/Roslynn R. Mauskopf
ROSLYNN R. MAUSKOPF
United States District Judge